IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-MJ-138 |
| CARY ANDRE RUE, | **Filed Under Seal** |
| *Defendant.* | **Pursuant to 18 U.S.C. § 3509** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Melissa Macaron, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2020.  I am currently assigned to FBI Richmond Field Office. I investigate criminal offenses including but not limited to violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, transportation, possession, and access with intent to view of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography, as defined in 18 U.S.C. § 2256(8), including computer media.  Through my experience and training, I can identify child pornography when I see it.  I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, search warrants, and arrest warrants.  As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law

enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2.      The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail known to the government.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

3.      I submit this affidavit in support of a criminal complaint and arrest warrant charging Cary Andre RUE with knowing distribution of a visual depiction involving the use of a minor engaged in sexually explicit conduct.  For the reasons set forth below, I submit there is probable cause to believe that on at least on or about March 3, 2026, RUE knowingly engaged in the distribution of a visual depiction involving the use of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

4.      During the events described below, RUE was employed as a supervisory microbiologist by the FBI and held a Top Secret security clearance.  He resided in Stafford, Virginia, in the Eastern District of Virginia, and maintained an office in an FBI facility in Quantico, Virginia, also in the Eastern District of Virginia.

2

## SUMMARY OF PROBABLE CAUSE

5.     Law enforcement's investigation of RUE began in or around September 2025, after Google LLC (Google) submitted multiple CyberTipline Reports to the National Center for Missing and Exploited Children (NCMEC) regarding Google user "caryrue@gmail.com" (later determined to be RUE), who Google reported had uploaded more than 50 files of suspected child sexual abuse material (CSAM)[1] to the user's Google Drive[2].

6.     On September 27, 2025, Google submitted multiple CyberTipline Reports related to caryrue@gmail.com.  According to CyberTipline Report # 220756562, between July 20, 2025, and September 27, 2025, over 50 videos and images of suspected child pornography were uploaded to a Google Drive account belonging to caryrue@gmail.com.  According to information contained in the CyberTipline Report, the suspected CSAM images and videos uploaded by caryrue@gmail.com included 2 depictions of a prepubescent minor engaged in a sex act, 1 depiction of the lascivious exhibition of a prepubescent minor, 39 depictions of a pubescent minor engaged in a sex act, and 8 depictions of the lascivious exhibition of a pubescent minor.

7.     In CyberTipline Report # 220769200, Google reported a single video depicting suspected CSAM that was stored in the Google Drive account belonging to caryrue@gmail.com.  And in CyberTipline Report # 220795308 Google reported that caryrue@gmail.com had uploaded a video depicting a pubescent minor engaged in a sex act to the Google Drive.

---

[1] As used in this Affidavit, the term CSAM refers to visual depictions of minors engaged in sexually explicit conduct, as those terms are defined in 18 U.S.C. § 2256.

[2] Google Drive is a cloud-based storage service offered by Google.  It allows users to store up to 5TB of data in the cloud, including photos and documents, among other things.  Google Drive also allows users to share files with other users.

3

8.     I obtained a search warrant for the CSAM files connected with CyberTipline Reports 220756562 and 220769200, and I reviewed the suspected CSAM files uploaded by caryrue@gmail.com.  The files included multiple videos depicting minors engaged in sexually explicit conduct, including, for example:

a.  A video titled, in part, "2025-09-25T21_26_27_187Z," which is a 29-second video depicting what appears to be a young adult female performing oral sex on a prepubescent minor boy.

b.  A video titled, in part, "b7b3de9d-at-09-25T21_26-20.463Z," which is a 10-second video depicting a prepubescent minor girl performing oral sex on what appears to be an adult man.

9.     According to subscriber records obtained from Google, the caryrue@gmail.com account was subscribed to "Cary RUE" with a date of birth of XX/XX/1970, and a recovery phone number of (XXX) XXX-4569.

10.     According to records obtained from AT&T, the recovery phone number ending in 4569 is registered to Cary RUE at an address in Stafford, Virginia, with a contact email of caryrue@gmail.com.

11.     On April 8, 2026, the FBI executed federal search warrants at RUE's residence in Stafford, Virginia and RUE's person and electronic devices.  Pursuant to the search warrants, the FBI seized more than 25 electronic devices, including an Android Galaxy S22 cell phone (IMEI 357225631268192) taken from RUE's person.  The phone number attached to the Android cell phone was the same phone number, ending in 4569, associated with the caryrue@gmail.com Google account.

4

12.     Forensic review of RUE's Android cell phone revealed more than 3,000 images and videos depicting minors, including minors as young as babies, engaged in sexually explicit conduct.[3] RUE's Android cell phone also contained the pictures and videos reported by Google to NCMEC. Some of the CSAM images and videos in RUE's cell phone depicted minors who were bound and forced to engage in sexual acts, as well as minors engaged in bestiality. For example, RUE's cell phone contained the following two videos:

a.   A video file with an MD5 hash value ending in "D75E28A0," which depicts a baby sleeping in an infant car seat with a shoulder harness. The video shows what appears to be an adult's hand hold the baby's head against the car seat. The video then shows what appears to be an adult's erect penis in front of the baby's head, while the individual manually stimulates his penis. The man then squeezes the baby's face to force open the baby's mouth. The man then forces his penis into the baby's mouth while the baby appears to move his head to avoid it. The man continues to hold the baby's face while he masturbates his penis in the baby's mouth. The baby is shown crying and trying to push the man's penis away.

b.   A video file with an MD5 hash value ending in "9334ABB," which depicts a prepubescent girl performing oral sex on an adult man in the shower. The video shows the man ejaculate into the prepubescent girl's mouth.

13.     Review of the Uploads folder on RUE's cell phone revealed multiple files uploaded to a Google Drive account bearing RUE's first name. The files were uploaded to a folder titled "Teens," and included files titled, in part, "13yo_fucked_hard" and "11yo_masturbates_and_squirts."

---

[3] As of this writing, forensic review of RUE's electronic devices is ongoing.

14.     Forensic review of RUE's Android cell phone also revealed chats on at least two different encrypted messaging platforms related to CSAM trafficking and RUE's sexual interest in minors.[4]  In these chats, RUE distributed CSAM to other users, including purported minors, received CSAM, and discussed his sexual interest in children as young as 3-years-old.  RUE also used encrypted messaging platforms to share his violent sexual fantasies of kidnapping, rape, and torture.

15.     For example, on November 11, 2025, RUE chatted with another user on APPLICATION-1 about raping a woman in Texas.  Part of their chat is excerpted below:

| RUE | Hey. Id love to talk about what u want to happen to her |
|---|---|
| APPLICATION-1 USER | I don't want to just talk about it, I want it to happen |
| RUE | To know if I'll help, kinda need to know<br>Not willing to kill or main |
| APPLICATION-1 USER | Yeah I don't want her dead just sexually assaulted<br>I don't really care about how it's done or what type of rape she experiences. I just want her raped |
| RUE | Really? I'm surprised. The details would be critical for me.<br>What state does she live in?<br>Hotness out of 10<br>And her age |
| APPLICATION-1 USER | *[sends a picture depicting a female wearing black with the words "Rape her" and an address in Texas.  The picture also includes the text: DM on [APPLICATION-1]]* |
| APPLICATION-1 USER | She lives in Texas |
| RUE | Oh, id rape her. [name redacted]. |
| RUE | Is she a stripper? That one video in a locker room |
| APPLICATION-1 USER | Yes |
| RUE | It's far away but next time I travel there |

---

[4] The platforms are referred to in this Affidavit as APPLICATION-1 and APPLICATION-2. They are two different Internet-based, end-to-end encrypted, messaging applications.  The names of these applications are known to law enforcement but anonymized here to protect the integrity of this and other law enforcement investigations.

| APPLICATION-1 USER | Her name is [name redacted] |
|---|---|
| APPLICATION-1 USER | I'd love for you to rape her |
| RUE | I've done it a lot of times. Easy to get away w if you know what you're doing |
| APPLICATION-1 USER | She is small and weak so it won't be hard to overpower her |
| RUE | Yeah. I'm talking about not being seen by anyone or cameras |

16. On January 30, 2026, RUE told another APPLICATION-1 user, "I want to rape a downs girl in front of her parents[.]"

17. On December 2, 2025, RUE chatted with a user about his fantasy of kidnapping a family and raping the children in front of the parents. The APPLICATION-1 user asked RUE about his "Favorite fantasy or taboo kinks?" RUE responded:

- "So many...want to kidnap kids families...make them watch me ruin their daughter...then the son...then the mom...then the dad"

- "Make them watch me fuk the dad in the ass...and then he calls cleans my fat cock"

- "Then I beat the shit out of him"

18. On February 5, 2026, RUE had the following conversation with another user on APPLICATION-2 regarding the 14-year-old ex-girlfriend of RUE's minor family member:

| APPLICATION-2 USER | You can show me any hate targets and caption ideas for them you might have. I want the group to be a creative place for serious cunt haters. |
|---|---|
| RUE | [family member redacted] ex HS gf<br>[RUE sent a picture of a female in a pink dress] |
| RUE | I want to break into her house after prom night...fuk her ass as I strangle her |

| RUE | Another [family member redacted]'s ex. A slutty 14 y.o. here. Wanted to gangbang her w friends. Beat the shit out of her and cum on her wounds<br>*[RUE sent a picture of a female in an orange dress]* |
|---|---|

19.     Forensic examination of RUE's Android cell phone revealed the same two pictures referenced above in the APPLICATION-2 chat, though the pictures stored on his cell phone showed the minor girl with RUE's minor's family member.  The family member had been cropped out of the pictures that RUE sent on APPLICATION-2.

20.     On February 7, 2026, RUE chatted with another APPLICATION-1 user about the 14-year-old girlfriend of RUE's minor family member.  RUE told the other user, "I want to hurt her so bad[.]"  When the other user asked RUE how he wanted to hurt her, RUE responded with the following messages:

- "Donkey punches, definitely"

- "Fūk her pussy doggy and Fist her ass."

- "Then take her doggy, grab her hair…drown her in toilet"

The other user asked, "Snuff?[5]" and RUE responded:

- "I want to so bad"

- "Keep fuking her"

- "Invite friends to fuk her dead ass"

21.     Later the same day, RUE had the following conversation with an APPLICATION-1 user:

| RUE | Best fantasy is to kidnap family |
|---|---|

---

[5] Based on my training and experience, I know that snuff refers to rape and murder.

| RUE | Fuk everyone while others watch |
|---|---|
| RUE | Then some die |
| APPLICATION-1 USER | I don't need dad actually |
| APPLICATION-1 USER | He can go first |
| RUE | I want to fuk his ass and cum in his face for his children to see |
| RUE | Then he can go |
| APPLICATION-1 USER | Like you already have somebody on mind…;* |
| RUE | Wait. Pass from u?[6] |
| RUE | Yes)) |
| *Approximately 90 minutes later to another user:* | |
| RUE | Want me to rape her[7] |
| APPLICATION-1 USER | Please |
| RUE | Where does she work |
| APPLICATION-1 USER | At a bakery, my aunt's bakery |
| RUE | U want to watch or participate? |

22.     On March 3, 2026, RUE told a user on APPLICATION-1, "I want an epstein island But id go younger."

23.     Review of RUE's Android cell phone also revealed that he served as the administrator of a group on APPLICATION-1 dedicated to the topic of female domination.

---

[6] This question from RUE appears to relate to a video sent to the other user earlier in the chat.

[7] The "her" in this chat appears to refer to the other user's mother.

Review of RUE's phone showed that multiple APPLICATION-1 users messaged him and requested permission to join the group. In doing so, the users sent RUE CSAM or depictions of female domination. Based on my training and experience, I know that oftentimes administrators of illicit chat groups will require prospective group members to send CSAM before they can be admitted to the group in order to ensure that the prospective member is not law enforcement. For example, on February 16, 2026, an APPLICATION-1 user sent a message to RUE, asking, "Hey can you add me to your group." The user then sent RUE a video depicting what appears to be two minor females engaged in sexually explicit conduct. In this group, users solicited and exchanged CSAM with one another, among other things.

24.    In addition to administering a group chat, review of RUE's cell phone revealed that RUE was a member of multiple other chat groups in which participants exchanged CSAM. In order to gain entry to a group, RUE sent the administrator CSAM videos. Once added, RUE would contribute to the group by sending CSAM images and videos or child exploitative material. RUE would also comment on CSAM and child exploitative videos that other users had posted in the group chat. At times, RUE would ask other users to send more videos.

25.    For example, on November 4, 2025, in a group chat on APPLICATION-1, RUE replied to a CSAM video posted by another user, saying, "Love this!!! Need more[.]" On December 11, 2025, RUE posted in the same group chat "Anyone know where to get dark stuff? For $$?" On October 29, 2025, RUE commented underneath what appeared to be a CSAM video, saying, ".neeedmoreeeee[.]" RUE also replied to other users in the same group chat who were asking for CSAM indicating that RUE had some that he could provide. For example, on

10

October 29, 2025, an APPLICATION-1 user posted in the group chat "Any cp zoo?[8]" to which RUE replied "Lots. But valuable stuff."  On November 12, 2025, APPLICATION-1 users posted in the group chat "Any active subreddits? Or discord or telegram?" RUE replied, "I have lots to share on tg.[9]"

26.     Review of RUE's Android cell phone also revealed that he distributed CSAM to multiple individuals in direct messages, including individuals who purported to be minors, and exchanged sexual messages with individuals who purported to be minors.  Some of the CSAM that RUE distributed depicted infants being sexually abused and depictions of minors being tortured.

27.     For example, on March 3, 2026, RUE sent a message to a user on APPLICATION-1 that said "Ok. Well, lmk when u wanna goon[10] together to violence."  RUE then sent several videos depicting violent sexual encounters, some of which depicted minors engaged in sexually explicit conduct, including a 2 minute video with an MD5 hash value ending in "075EB59B."  This video depicts a girl who appears to be in the early stages of puberty.  During the video, the girl is shown bound and gagged, while another individual pulls her to her knees by her hair, and she simulates oral sex on a black dildo.  Later, the other individual in the video is shown exposing the girl's vagina and inserting something into her anus while the dildo is still in the girl's mouth.

---

[8] Based on my training and experience, I know that "cp zoo" refers to child pornography containing bestiality.

[9] Based on my training and experience, I know that "tg" means Telegram.

[10] Based on my training and experience, I know that "goon" means to masturbate together while talking about it.

11

28. On February 1, 2026, RUE sent eight videos to an APPLICATION-1 user who purported to be 16 years old. Six of the eight videos depicted what appear to be minors engaged in sexual acts with animals.

29. On December 6, 2025, RUE chatted with another user on APPLICATION-1, who told RUE he was a 15-year-old boy. The other user told RUE he was "15m looking for someone to feed me and corrupt my young mind[.]" Based on my training and experience, I know that "feed" in this context refers to sending and receiving sexually explicit pictures or videos. RUE replied, "Hey. I love to feed[.]" The chat appeared to end at that point.

30. On January 30, 2026, RUE told an APPLICATION-1 user, who purported to be 16 years old, "I want to corrupt you" "16 is age of consent in most places[.]"

31. On February 7, 2026, RUE exchanged the following messages with an APPLICATION-1 user who told RUE they were "18-3," i.e., 15 years old.

| RUE | How old are u |
|---|---|
| APPLICATION-1 USER | Hey |
| APPLICATION-1 USER | 18-3 |
| APPLICATION-1 USER | U |
| RUE | 48 |
| *Approximately 4 minutes later* | |
| RUE | Preteen is the best |
| APPLICATION-1 USER | It is yes |
| RUE | Maybe u can convince me otherwise |
| APPLICATION-1 USER | Mhm how could i do that |
| RUE | Come over to my place |

12

| APPLICATION-1 USER | I would love to do that |
|---|---|
| RUE | What will u wear |
| APPLICATION-1 USER | Mhm nothing |
| RUE | Show me |
| RUE | Make me hard |
| APPLICATION-1 USER | U too then ? |
| RUE | Sure |
| APPLICATION-1 USER | [sends a picture of what appears to be a girl wearing a bra. The bottom of the girl's breasts is visible in the photo.] |
| RUE | [sends three pictures of RUE, including his face] |
| RUE | Sexy. Need more |
| APPLICATION-1 USER | I know you do |
| RUE | Come over. Can't promise I'll be gentleman though )) |
| APPLICATION-1 USER | U shouldn't be |
| RUE | So are u gonna help me out w my problem rn? |
| APPLICATION-1 USER | Yes |
| RUE | How u gonna do that if u wont' show more? |
| RUE | Call me and talk dirty? |

32.    On March 1, 2026, RUE told a user on APPLICATION-1 that he wanted to find teen prostitutes the next time he traveled overseas. In that conversation, RUE insinuated that he had previously had sex with minors in Bulgaria. An excerpt of that chat is shown below:

| RUE | Reminds me that I want to get 2 teen hookers next time im overseas |
|---|---|

| APPLICATION-1 USER | Latvia is a good spot |
|---|---|
| RUE | Ive heard. |
| RUE | Bulgaria was amazing!!! |
| APPLICATION-1 USER | Never done Bulgaria |
| *Approximately one minute later* | |
| RUE | I did Poland but was too short a trip |
| RUE | I saw a lot advertised in Malaysia but was scared of getting caught there |
| APPLICATION-1 USER | Yeah. That is a risky place I'm sure |
| *Approximately two minutes later* | |
| RUE | Early teens my fav |
| RUE | Ive heard central and s America is sooo easy |
| RUE | But ive only been to Panama and it wasn't easy |
| APPLICATION-1 USER | I suspect nowhere is "easy" and "safe" |
| RUE | Bulgaria was easy |

33. RUE has traveled abroad, including to Bulgaria, in connection with his work at the FBI. RUE's calendar on his Android cell phone includes an entry for "Bulgaria" from October 12, 2022, through October 22, 2022.

34. Review of RUE's Android cell phone also revealed several conversations on messaging platforms wherein RUE claimed he had previously had sex with minors and wants to have sex with them again. He also told users that he had sexually abused a 13-year-old family member and wanted to sexually abuse an 8-year-old child ███████████████.

35.     For example, on October 19, 2025, RUE asked an APPLICATION-1 user, "Would u play w 8 yr old if we arrange?" The user responded, "Mmmmmm fuck. An 8 yo you know?" RUE replied, "Yea." Later, they had the following conversation:

| APPLICATION-1 USER | What girl would you bring along that you know? Family? Neighbor? Someone else? |
|---|---|
| RUE | Neighbor |
| RUE | ███████ |
| APPLICATION-1 USER | How pretty is she? Have you played with her before? |
| APPLICATION-1 USER | Do the parents have any clue? |
| RUE | Parents have no clue |
| RUE | She is perfect for me |
| *Approximately one minute later* | |
| RUE | Not played |
| RUE | But she hugs me, kisses me |
| RUE | Gets in my lap |

36.     On November 23, 2025, RUE told an APPLICATION-1 user that his favorite age is "11" and when asked, "Have you ever had one," RUE replied, " ))[11] [.]"  The other user asked how old she was, and RUE replied, "11, ofc."  On February 7, 2026, he told another user that he had received oral sex from a 3-year-old and he had "fuked several under 12. The best[.]"

37.     On March 29, 2026, RUE chatted on APPLICATION-1 with a user who purportedly works at an elementary school. The user told RUE, "its so arousing to be around

---

[11] Based on my review of RUE's chats, it appears that RUE used the " )) " in place of a smiley face or to respond in the affirmative.

15

teens[.]" RUE responded, "If u can show me real pics I'll love you forever)) [.]" The other user asked, "Real pics?" "I can send u teen vids[.]" RUE responded, "Real pics are best." "But anything is great." "I have tons to share too)) [.]"

38.    Review of RUE's cell phone also revealed two pictures taken by RUE on March 31, 2026, depicting what appear to be minor girls walking to school. The first picture shows four minor females, wearing backpacks and walking. One of the girls is wearing a skirt. The second picture, which appears to have been taken right after the first, shows only the minor girl in a skirt, waiting to cross the street. The pictures appears to have been taken from inside a vehicle with a black exterior. Based on my investigation, I know that RUE was on work-related travel in Huntsville, Alabama at the time these photos were taken and had his FBI-issued 2022 Black Chevrolet Suburban with him at the time.

## CONCLUSION

39.    Based on the foregoing, I submit that there is probable cause to believe that on at least on or about March 3, 2026, RUE knowingly engaged in the distribution of a visual depiction involving the use of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). I respectfully request that a criminal complaint and arrest warrant be issued for RUE.

Respectfully submitted,

*Melissa Macaron*

Melissa Macaron, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to in accordance with Fed. R. Crim. P. 4.1 by telephone on April 30, 2026:

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia

16