# EXHIBIT A

Dear Judge Brinkema,

The short version of my story is that I am very sorry for what I've done. I am a good person that has always tried to do good for people and society and not to do bad. My crimes were out of character. I had an unstable early childhood that included [redacted] I became a well-behaved boy that was full of fear and shame that learned to suppress emotions. Then after decades of contentment and accomplishment, numerous challenging events coincided. I was not equipped to deal with them, and I experienced some sort of depression. Over time, to feel better, to feel something, I turned to pornography. It became progressively perverted and depraved and included CSAM. I was searching for many things to give temporary relief through orgasm and self-humiliation. I am sorry for what I have done not because I was caught or because of the penalties but because I'm a good person that knows right from wrong. I understand that victims can be re-traumatized when they become aware of people viewing their past abuse. It was never my intention to traumatize anyone, and I am sorry for any harm this caused.

My unsettled childhood began with my parents' divorce before I was one years old. My mother took me away to another part of the country, far away from all family. One of my earliest memories is of being [redacted] After about four years with my mother, she sent me back to live with my dad and new stepmother. Some months later they separated for about a year because she didn't want to raise another child. My dad and stepmother reconciled but it was not a loving or happy household. I experienced repeated [redacted] I think these first seven years when I lost my father, [redacted] then lost my mother, left me very reserved, scared, and unhappy. But we didn't talk about any of this. And I never acted out. I just obeyed the rules, kept my room clean, did my homework, and stayed quiet.

[redacted] I played with fire, abused animals, wore my stepsister's underwear, all of which lasted for a very short period of time. I did have panic attacks that persisted, albeit with less frequency, and my life got much better. I think being a good student and athlete gave me some confidence. I went on to have normal relationships with girlfriends in high school and college and by the time I got

married at 28, all of the trauma was 15 years in the past. I don't recall even thinking of these problems anymore.

My wife and I were happy. We moved around the country, advancing our careers, had a child, and settled in Virginia 15 years ago. Then, numerous events in my life overlapped and were difficult to deal with. My father, who I was close with, had a long and difficult disease (peripheral neuropathy which is similar to ALS/Lou Gehrig's disease), and it led to his death in 2023. He lived in Louisiana, so I was not providing daily care as he had some local support. However, I was his only child and took on many of the responsibilities such as coordinating with the four facilities he would live in and with his caregivers. As difficult as his disease was, it was made worse by COVID and hurricane Rita. He was evacuated from his assisted living facility to another one far away for nine months while the city, and its care facilities, were offline. Of course, COVID meant no family could visit him or proactively engage with his care. This was a constant struggle for three plus years whereby he was going extended periods of time (6+ hours) with no care, which is especially problematic for someone losing control of all of their muscles.

Around this time, I developed [redacted]. Prescription medication didn't help much. This affected my marriage but also the way I felt about myself. I told myself it was just biology but it's more than that. I'm convinced that this is a significant factor in my wanting to be humiliated which led to me talking about wanting my wife to be raped. The third event around this time was that I stopped coaching. I coached youth baseball, including my son, since he was seven. This became a big part of our family's life as he grew older and became a good player. For the first three years that I coached 2019 through 2023 I was the head coach for a travel team that played year-round and required 20 to 40 hours of work per week. I dissolved the team because I did not have adequate connections to college baseball programs that were needed to give the players their best opportunities. I did not want to dissolve the team, but I felt like it was the right thing to do. This definitely left a void in my life. Finally, in 2024 my son moved away to attend college at the University of Virginia. None of these four events are catastrophic, many people deal with much worse things. I understand that and only offer them as context.

Looking back now sometime after I had stopped coaching and before my son moved away, I became depressed. I didn't know I was depressed at the time, but I was drinking more, sleeping until noon on weekends, and generally unmotivated to do things. I even told my mother that I didn't care if I died. Who says that to their mother? My best friend, who is local, and I hadn't communicated for a year. I put all of my energy into my work and let everything else go. I was numb. I was searching for relief from the numbness and pain of depression. CSAM was just a part of this. BDSM porn let me feel temporarily better. I think I was also looking for a community of people that had been [redacted] I wanted to be humiliated, and the violent fantasies definitely did that. The goal was never for anyone else to be hurt. That's why it was all lies and I never took any action to make the fantasies happen. The CSAM was for similar reasons but also [redacted] I'm not sure why. I don't know how I was able to function well enough at work.

I know that I will never view CSAAM again. I have no compulsion for it. My arrest and incarceration has ripped open all of the emotional scars I have. It has been a very difficult process. Remembering all the trauma of the past, admitting that I am a broken person, and facing all of the consequences that my family will suffer. It is strange to say this given all the negative consequences of my crimes, but I feel better now than I ever have. I am better off now because the way I was, was unsustainable. I will come out better because I am dealing with my problems, not burying them.

Also, I am not deserving of the love and support that my wife, mother, and son have shown me during this ordeal. I feel more loved than I ever have, more than I deserve. While in prison I will stay connected to my family and friends. I am still a husband, father, son, and friend. They need me and I need them. I am particularly moved about how my wife will handle the dramatic shuffling of her life that she now has to undertake alone. Her career is here but all her family is on another continent, except for me and our son who is making a life on his own now. I am heartbroken for my mother, who at 82, is unlikely to outlive my sentence. What will her final years be like as she lives alone far away? All I can do now is provide emotional support and pray that we see each other when I'm released.

I would like to teach in prison if possible. About half of my 15 years with the FBI was spent teaching adults. Perhaps I can teach English as a second language and use my degree somehow. I will also do what I can to stay healthy. For years I didn't care and let my health decline. I have already lost significant weight while inside and my hypertension is in check. I hope to have a good ten years after I'm released. Finally, I want to be creative. I've developed the urge to be artistic since I've been detained. You can only read so much. I hope there will be more opportunities to draw, paint, and write in prison. After release, my priority will be to reconnect with my family. I hope to live with my wife and regularly visit our son and my mother. I expect to need to work as I have lost my federal pension and the most lucrative earnings years of my career. I am willing to do whatever it takes to contribute to society and better myself once released. I am sorry your Honor.

Sincerely,

Cary Rue

# EXHIBIT B SEALED

# EXHIBIT C

Dear Judge Brinkema,

I have known Cary for over 29 years. I met Cary in January of 1997 at the University of Tennessee where he was studying for his PhD. I was working as a Postdoctoral Fellow in a bacteriology lab at the university during that time. After a three year relationship we were married and he sponsored me though the green card process so I could become a Permanent Resident of the United States. We have been married for almost 27 years I hold a Degree in Veterinary Medicine and a PhD in Molecular Biology.

I returned to university to become a veterinarian in 2008 when our son Hayden was a year old. Cary supported me financially and emotionally during my four year medical degree. He was required to move out of state for the last year of my studies when he accepted a position with the Federal Bureau of Investigation He lived in a rented room of a house and commuted every weekend from Stafford VA to our home in Athens GA to spend time with us on the weekends so that I could finish my Veterinary Degree

Cary is a dedicated father He was always supportive of Hayden and frequently attended his high school and regional band concerts science and art fairs swimming meets and competitions and Stafford County, travel and high school baseball games and activities. He consistently volunteered his time for workdays at the high school to improve the baseball field. He encouraged Hayden in his academic pursuits, helping him with homework and assignments and spent time teaching him lab techniques to help him gain experience to make him a better candidate to apply for internships He is a part of the reason that our son is a dedicated 3rd year student in the Biomedical Engineering Department at the University of Virginia with aspirations of attending medical school.

Cary began working for the Federal Bureau of Investigation in 2012 as a scientist with the Hazardous Response Team. During his time with the FBI he was on call frequently and often missed family events or had to leave prior to snowstorms to be available in the event of a biological threat or disaster. He put himself in harms way many times during his career to search for evidence in biologically hazardous environments. He loved his work and was dedicated to doing it well He travelled frequently overseas and interstate for his employer teaching and performing various work assignments, sacrificing time with myself and our son for his country.

Cary enjoyed imparting his knowledge to others He spent around ten years of his life coaching baseball. He became a part time lecturer at community college teaching microbiology classes and labs to students. He was also a manager and an instructor for classes as part of his position for the FBI.

Cary volunteered his time to many baseball organizations over the years firstly as a coach with the Stafford Baseball League and then later as a head coach of the Diamonds Baseball Association He spent many, many hours practicing with our son and the other boys and traveling to games almost every weekend to allow these young men to improve their skills to facilitate their entry into college through sport. Four of the players went on to attend D2 and D3 colleges partly due to Cary's dedication to coaching

Cary's father developed a slowly progressive neurological disease which took his life in February of 2023. Cary supported him as best he could during this time living thousands of miles away. He visited him in care facilities and was by his side for his last difficult days before he died.

I am deeply saddened that Cary lost his way due to depression and mental health issues over the last several years. He is extremely remorseful for the hurt and suffering that he has caused his family, his friends and the victims. He hopes that he may be allowed to further contribute to society during his time in prison by teaching english to other incarcerated individuals.

Sincerely ,

Joanne Rue.
DVM, PhD and wife of Cary Rue.

# EXHIBIT D

October 14, 2026

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Cary Rue — Case No. 26-cr-107

Dear Judge Brinkema:

My name is Rhonda Bonsignore and Cary Andre Rue is my stepbrother and he came to live with us when he was 4 years old. I am aware that Cary has pleaded guilty to offenses involving the advertisement and possession of child sexual abuse material. I am horrified by his actions and recognize the suffering of the children depicted in that material. I love my brother Cary, and I respectfully ask for leniency based on the compassion and responsibility I have personally seen him demonstrate.

The most meaningful example is his care for his father during his father's struggle with ALS, and the support he gave me during those difficult years. As his father became increasingly disabled, my mother (his stepmother) was also beginning to have difficulties due to the onset of dementia. Because I lived near them in southern Louisiana, responsibility for both parents' needs was falling largely on me. I was trying to handle everything and becoming overwhelmed. I called Cary, who lived in Virginia, and told him I needed help.

Cary listened, cared about what I was going through, and stepped in to take responsibility for managing and coordinating his father's care. That commitment continued over the years as the disease progressed. Despite living far away, he remained actively involved in his father's medical needs and relieved me of a substantial burden. I know what his help meant because I was the person who needed it. When I called, he responded with sustained action.

One event captures the care he showed his father. After hurricane Rita forced his father's evacuation to Pharr, Texas, his father needed help returning home. By that point, ALS had taken away almost all of his muscle control, and he needed extensive assistance with basic physical needs. Insurance would not cover ambulance transportation.

His father also had a personal wish: he wanted to ride in a car one last time. Before his illness, car rides had been something he enjoyed and did regularly. Cary flew to Pharr and personally drove his father home, a journey lasting more than fifteen hours. He undertook

the responsibility of helping his severely disabled father through that long trip while giving him the chance to experience something he had loved before his illness. That act has stayed with me because it showed attention to his father's wishes and dignity, as well as his medical needs.

I also knew Cary as a scientist whose work, as I understood it, was intended to protect people from dangerous biological threats. I did not know the specifics of his FBI assignments. From our conversations, I understood that his work included international travel to teach others how to recognize and reduce those risks. I cannot speak to assignments I did not observe, but I understood protecting others to be an important purpose of his professional life.

Nothing in my interactions with Cary gave me any indication of the activities that led to his conviction. Learning about them has been deeply painful and difficult to reconcile with the person who responded so compassionately when our family needed him. I recognize that my knowledge of his life was incomplete. Still, I can speak with confidence about the help he gave me and the devotion he showed his father.

Those experiences give me reason to hope that Cary can draw on his capacity for responsibility and care as he faces the consequences of his conduct and undertakes the work of rehabilitation. I intend to remain in his life and encourage him to confront his actions honestly and participate fully in appropriate treatment.

I respectfully ask the Court to consider these experiences when determining a just sentence and to extend leniency within the bounds of the law. Thank you for considering my letter.

Respectfully,

Rhonda Bonsignore

# EXHIBIT E

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema,

I am Robert Merrill, a lifelong friend of Cary Andre Rue. I currently work in sales in the deathcare industry based in Wichita, Kansas. Previously, I have been involved in humanitarian aid and mission work in Central Asia and the Middle East; worked in sales for FedEx based out of Dubai UAE; and was a DOD contractor working with the U.S. military in Iraq and Afghanistan. I graduated from LSU in Baton Rouge with a bachelors degree in 1993, and a masters degree in 2006 from SWBTS (Southwestern Baptist Theological Seminary) in Fort Worth TX. I am aware of the charges against Cary involving child sexual abuse material.

I have known Cary since we were in the second grade when my family moved to Lake Charles, Louisiana, in 1977. In those early days of elementary school, we rode the bus together, attended church together, and played peewee sports together. We attended the same schools all the way through middle school, high school, and college. We were roommates for several years at LSU, and have visited each other over the decades touching fourteen states, including stops at Graceland, a Red Sox game at Fenway Park, the Gateway Arch in St Louis, and Hells Canyon in Idaho. In short, Cary has been like a brother to me.

I became aware of the charges against Cary in early June, and probably like everyone, was in total shock. None of us are perfect, but I could not see this coming. I'll share some perspective and stories below of the person I knew over the decades:

- Cary and I were roommates at LSU as Resident Assistants in the athletic dorm in the early 1990s. Cary was much more diligent with his studies than me and I was always impressed how he could maintain such focus throughout the semester. He also participated in intramural sports, went to various extracurricular groups and meetings, and had time to hang out and goof off. He did his RA job very well.

- I got married in 2012. Having grown up in Louisiana, but getting married in Virginia, it was difficult for friends and family to attend. Cary was the only friend from 'back home' to make it. He lived in northern Virginia at the time, so the two-hour drive was easier than most, but it was great to have someone there that had known me practically my entire life. It was encouraging and I greatly appreciated him and Jo attending.

- Cary had a work trip with the FBI to Lawrence, Kansas back in 2015, so I drove up and we met for dinner. My daughter had been born a few months prior, so Cary gifted us clothing items for her. They ended up being some of our favorite things for her to wear in those newborn and infant days.

- Cary is a student of history. On multiple occasions, Cary and I visited historic and interesting sites. Several years ago when he came to Kansas for work, we met in Topeka to visit the capitol building and tour the Brown v. Board of Education landmark. On another occasion, when I happened to be in Virginia, we met in Richmond to tour The Battle of the Crater. He spoke of other areas he had visited. He cares about history, our country, and our legacy.

- We would usually send each other a quick text message for our birthdays. One time he forgot my birthday, but a few weeks later I got a text message from him with a link to click. Once I confirmed it was legit, I clicked and it was a birthday video greeting from George Wendt, aka Norm from the sitcom Cheers back in the 80s. Cary had found a website where you could order personal greetings from celebrities. We grew up watching Cheers in high school and college. It was very thoughtful and one of my best birthday gifts ever.

- I lived overseas for ten years and Cary's job with the FBI would take him to far-off places as well. As he would travel, he would send me photos of places to see if I could guess where he was. We would continue the tradition as each of us crisscrossed the US for work or vacation. We would learn from each other.

- My mom died in 2019. When Cary found out, he called and offered sincere condolences and sorrow. I could tell it weighed on him and he was concerned for me, offering help and support. Until that point, neither of us had lost either of our parents. It was encouraging to have his support.

- When COVID hit in 2020, I had a million questions. Due to Cary's background, I reached out to him many times over the years, and he would patiently reply to my texts and phone calls.

- A year and a half ago, I decided to go to the College World Series in Omaha, which is about five hours north of Wichita. I invited Cary to go, but he declined as it was his wife's birthday and they had plans. I was disappointed, but pleased that it was something special for them.

- Cary was proud of his position with the FBI and service to our country, especially how his work translated to our safety and security. I could understand the gist of his work, but would get lost in the technical terms pretty quickly. He would keep it simple to keep me interested. He notified me one time that his department was hiring a position that I might be a good fit for, and encouraged me to apply. I did, but they decided to hire within. I appreciated him looking out for me.

I could share more, but the main point I wanted to convey is that Cary has been a great friend, a good helper, and stayed focused on the things that mattered. I never saw anything over the years that would lead to the current charges. He seemed like an all-around good guy that was pretty chill, yet determined.

The last thing I would like to share is about Cary's future and usefulness to society and our country. Cary is a learner. He likes to study, to read, to solve things, to improve himself, to help those around him. He works quietly and diligently, steadfast. I have no doubt that Cary has great remorse and regret for what he did, and if given the opportunity to read, learn, and study while in prison, he will gladly do so to make himself better, and make others better as well. He could assist on certain projects, whether they be in prison or helping remotely on projects in his field of expertise.

He ascended to the highest levels of his field within the FBI; he has much to give, and we have much to benefit. He will be a benefit to those around him and possibly even make our lives better through his ideas and research. He is well-educated in things that I cannot even pronounce and has a gift and talent that can, and needs, to be used.

I do not know many specifics, all that I have heard is that Cary is facing many years in prison. I completely respect the rule of law and accepting the consequences for one's actions, 100%.

As you consider sentencing for Cary, if possible, please consider ways that his knowledge and talents can continue to benefit his field and our country. I am quite ignorant about what his life will be like in prison, but if there is a way for him to study, research, and help others, please give him an opportunity. If there is a way to appropriately reduce his sentence for good behavior and contributions to society, please consider it.

Thank you for your time and allowing me the opportunity to share. I greatly respect your position and authority.

Sincerely, and With Much Respect,

Robert Merrill

# EXHIBIT F

Dear Judge Brinkema,

My name is Hayden Rue, son of Cary Rue. I am a third-year undergraduate student at the University of Virginia studying biomedical engineering on the pre-medical track. I currently hold a 3.8 GPA, am an IRONMAN triathlon finisher, volunteer researcher in a biomaterials lab, and lifeguard.

It has been extremely hard to reconcile the man whom I knew as my dad with the conduct underlying this conviction. I still grapple with feelings of confusion, disappointment, and anger. I acknowledge the severity of this case, and my letter is not intended to excuse or minimize my dad's actions. Despite this, I hope to provide a fuller understanding of his character through my firsthand experiences over the past 20 years as his son.

I am extremely proud of the man I have become, and I largely attribute my success to the values my dad instilled in me growing up. We spent a lot of one-on-one time together. From the age of about 10 to 18, I was training for baseball very seriously. Car rides, sometimes multiple times per day, became a regular part of our routine together. Destinations would vary from late-night batting sessions to tournaments or college camps. We would talk about school, his experiences growing up, the lessons he learned, and how I could make the most of my academic and social life. One time at the batting cages, I became so frustrated by my performance that I spoke self-deprecating words and began to cry. Lying on the turf together, he consoled me and encouraged my efforts, teaching me the power of a positive mindset. He also taught me to get important tasks done as soon as possible and leave time for leisure later—by taking initiative and “grabbing the bull by the horns.”

He was a deeply invested father, and even though he didn't always show it through physical affection, he was a very loving one. I felt his love through the support, acceptance, and encouragement he consistently provided. The only pressure I ever felt to pursue a high level of education was self-imposed, inspired by the standards he set for himself. He cultivated an environment at home where I felt comfortable. For example, he was supportive of non-heterosexuality and told me growing up that it was entirely okay to be gay, trans, etc. I was encouraged to try new sports, foods, and experiences to enrich my development. He did not indoctrinate me with his religious beliefs but rather set the stage for me to develop my own. His guidance was critical to who I am today, and I will always be grateful for the selflessness and wisdom he expressed.

He also cared deeply about the health and well-being of the community. He enforced mask mandates during the COVID pandemic for our baseball teams, educated the players and parents on the risks of viral infections, and spread awareness through posts. Throughout my time in high school, he served on the executive board for baseball operations to raise funds and ensure a positive experience for all players. I can even recall him witnessing some of the players giving each other tattoos. He reprimanded them and informed them of the risk of blood-borne diseases. Another time, he took our baseball team to a seminar on vaping and nicotine use. Since tobacco is so prevalent among baseball players, he felt obligated to educate the youth on its dangers.

He was undoubtedly a productive member of society. He donated blood, always voted, and insisted on recycling. Moreover, he exhibited admirable personal qualities. He was extremely reliable and responsible. He owned up to his mistakes as a coach, dad, and spouse. He didn't let me get away with neglecting fault. I always had to confront people with apologies after arguments or minor altercations.

After speaking to my dad recently, I believe he feels immense remorse for his actions, both for the harm caused to children and for how his conduct will affect my life and my mom's life perpetually. It is painful to think about the milestones he may miss, including my college graduation, marriage, and the birth of my first child. But I also believe he has the capacity to take responsibility for his actions, learn from this experience, and strive to positively impact others with the time he has left. Whether that's through teaching or volunteering in appropriate settings, I have hope that he will make the most of the opportunities he is given.

I hope you will consider my perspective during sentencing. I understand that my experiences with my dad do not diminish the seriousness of his actions, but I hope they provide a fuller picture of the man I have known throughout my life. Despite everything that has happened, I remain grateful for the father who raised me and the values he instilled in me.

Respectfully,



# EXHIBIT G

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema,

My name is Amory Phelps, and I am the mother of Cary Andre' Rue. Cary is a kind and gentle man who has always sought peace. He has maintained close relationships with his father and me, as well as with his many cousins, aunts, and uncles. His maternal grandfather regularly attended his baseball games, and Cary was always ready to lend a helping hand to his grandmother. As a teenager, he joined his church on a mission trip to Mexico, demonstrating his compassion for others.

Cary has been passionate about baseball since he began playing at age six and continued through high school. Because of his love for the sport, he encouraged his son to participate in team athletics and coached his son's baseball team. After each game, Cary met with the players to encourage them and help each young man recognize his individual strengths and abilities. Baseball has remained important to Cary and his family, who traveled together to games throughout the country.

After earning a B.S. in zoology from LSU, Cary worked for one year in a laboratory in New Orleans, Louisiana. He then returned to the university and earned a degree in biology. His deep interest in science led him to attend the University of Tennessee in Memphis, where he earned a Ph.D. in molecular biology.

After receiving his Ph.D., Cary worked for the federal government at the Department of Agriculture. He later joined the Federal Bureau of Investigation as a member of the hazardous response team. He was highly productive in this work and maintained positive relationships with his coworkers. He later became a supervisor in the microbiology department.

Cary accepts responsibility for his actions and is deeply remorseful. Through this experience, he has learned the importance of respecting the laws of our government and society, and I am confident that he will not repeat his actions. He has asked for my forgiveness, which I have given, and he is willing to make amends. He looks forward to returning to society and resuming work in his field after his release from confinement.

I love my son very much, and my heart breaks over the circumstances that have separated him from his family. I look forward with hope to the day he can return home.

Sincerely,

Amory Phelps

# EXHIBIT H

The Honorable Leonie M. Brenkima
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Your Honor,

My name is Jan Spelbrink, and I am Cary Rue's maternal aunt. I have maintained a close relationship with Cary, who has long been an integral part of our family.

I know Cary as a kind, compassionate, and intelligent man whose thoughtful conversation has always been a pleasure. As a child, he spent many hours at family gatherings with his cousins and grandparents and consistently related well to everyone.

As a teenager, Cary participated in mission trips with his father and church, serving people in need.

Although Cary moved away after high school, he continued to return for valued family visits. He also became a devoted and caring father. He was actively involved with his son's baseball team, serving as a coach and providing guidance to the young players. When I attended games, his dedication to his son and the team was clear.

Cary's actions are entirely out of character with the person I have always known. I firmly believe he will not violate the law again and will make a positive contribution to society following his incarceration. I love him deeply and respectfully ask the Court to consider mercy.

Sincerely,

Jan Spelbrink

Jan Spelbrink

# EXHIBIT I

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema:

My name is Scott Woodring, and I am writing this letter on behalf of my friend, Cary Rue. I have known Cary for approximately ten years. During that time, I have had the opportunity to know him not only as a friend, but also as a fellow baseball coach, a father, and a member of our community.

For many years, Cary and I coached Little League and travel baseball together. We spent countless hours at practices, games, and tournaments, often traveling up and down the East Coast with our players to attend college-hosted baseball tournaments. Through those experiences, I came to know Cary very well. Our families have also been close friends throughout these years, and our sons have become best friends.

One of the things that has always stood out to me about Cary is the amount of time and dedication he has given to young people through baseball. Coaching was never simply about teaching boys how to play the game. Cary took the opportunity to teach them about responsibility, teamwork, discipline, perseverance, and how to conduct themselves as young men. He invested a significant amount of his personal time in the Stafford baseball community and became someone whom many of the players looked up to.

I personally witnessed Cary spend countless hours helping young players improve, encouraging them when they struggled, and pushing them to become better both on and off the baseball field. He cared about these kids and wanted to see them succeed. The impact he had on many of these young players went beyond baseball. He helped provide guidance and positive examples during important years of their lives.

Over the approximately ten years I have known Cary, I have also come to know his family. Our families have shared many experiences together, and our sons' friendship has given us an even stronger connection. Because of that, I have seen Cary in many different settings and have had the opportunity to observe him as a friend, a parent, a coach, and a member of our community. The Cary Rue I have known has been someone who has devoted a substantial amount of his time to his family, his friends, and the young people he coached. I have personally seen the positive influence he had on numerous baseball players and the respect many of them had for him. Those experiences are a significant part of why I felt compelled to write to the Court.

Cary has been an important friend to me and to my family. Our families have shared many years of friendship, and I sincerely hope that Cary will be given the opportunity to learn from this experience and work toward becoming a better person moving forward.

Thank you for taking the time to consider my perspective and for allowing me the opportunity to provide the Court with my personal experience with Cary.

Respectfully,

Scott Woodring

# EXHIBIT J

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandra Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandra, VA 22314

October 15, 2026

Dear Judge Brinkema,

I am writing today regarding Mr. Cary Rue.

Mr. Rue was my eldest son's travel baseball coach for a few years during his high school playing time from 2020-2022. He, his wife Jo, and son Hayden were part of our "baseball family" for years as the boys grew up together through Stafford Baseball League and beyond. We met the Rue family around 2018 as there were a few taxi squads for their age division. Mr. Rue coached a variety of teams over the years and was a good head coach and team manager. Mr. Rue was an important leader to our son and many others during their youth. He would sacrifice his time, energy and talents and worked tirelessly to give the baseball players support, encouragement and instruction. We are proud to report that his son Hayden and our son are both in college and doing well.

As a professional, Mr. Rue was respected for his PhD and important role he had as a career. While we knew he had attended LSU and had pursued the highest level of academia, he was also salt of the earth and never held himself higher than anyone around him. He was kind, warm, welcoming and was a friendly face to new families when they moved into our area. He placed a lot of time and intellect into the players. He supported them on their signing days when they committed to play at universities, he would set up family dinners when the team was traveling on the road. He worked hard and was kind by volunteering so much time to the children's pursuit of baseball in our community.

Thank you for your time and consideration.

Respectful regards,

Holly Biller

Holly Biller

# EXHIBIT K

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Character Reference for Cary Rue

Dear Judge Brinkema:

I am writing to offer my personal character reference for Cary Rue, whom I have known as both Coach Rue and as the father of my best friend. From 2018 through 2022, Coach Rue was my baseball coach, and during those years, he became a consistent and positive presence in my life.

Throughout my time playing baseball for him, Coach Rue provided me with guidance, encouragement, and support both on and off the field. He was someone I could look to for direction and stability during important years of my development. His influence extended beyond baseball, as he helped me learn the importance of dedication, accountability, perseverance, and working toward my goals.

As a college student-athlete today, I recognize how important those lessons have been in shaping who I am and contributing to my success. The guidance and support Coach Rue provided during my high school years helped prepare me for the challenges and responsibilities I face as both a student and an athlete. I am grateful for the role he played in my life and the positive impact he had on my personal growth.

My experience with Coach Rue has been that of someone who consistently invested his time and energy in supporting and encouraging the young people around him. I will always appreciate the guidance he gave me and the difference he made during a formative period of my life.

I understand the seriousness of the Court's responsibilities, and I offer this letter to share my firsthand experience with Cary Rue and the positive influence he has had on my life. I respectfully ask that the Court consider my perspective as it evaluates his character.

Thank you for your time and consideration.

Respectfully submitted,

Justin Newton, Jr.

# EXHIBIT L

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia – Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema:

My name is Tyler Woodring, and I am writing this letter on behalf of Mr. Rue. I have known him for approximately eight years. During that time, he has been more than just a baseball coach to me; he has also been a mentor and a positive influence in every aspect of my life.

For a number of years, Mr. Rue coached me in baseball, which has been an essential part of my life. He guided me through many different periods of my life, both during good times and difficult times. He pushed me to work hard and helped me understand that baseball teaches much more than just how to play the game. He showed me that hard work, discipline, accountability, and learning from your mistakes are among the most important parts of becoming a successful baseball player. The lessons he taught me throughout my years playing baseball are lessons I still remember today.

My relationship with Mr. Rue also goes far beyond baseball. His son, Hayden Rue, is one of my best friends, and through our friendship, I have spent a great deal of time with their family. I have gone on family trips with them, including vacations to the beach in Delaware. Being included in those trips made me feel like part of their family and allowed me to get to know Mr. Rue as more than just my coach.

One thing that has always stood out to me is the relationship Mr. Rue has with Hayden. Hayden is an amazing person and someone I am proud to call one of my best friends. He currently attends the University of Virginia, and I believe the person Hayden has become reflects the support, guidance, and values he has received from his family.

Throughout the eight years I have known Mr. Rue, he has consistently treated me with respect and has been someone I can turn to for guidance. I have spent countless hours with him at practices, games, traveling to tournaments, and spending time with his family. Through those experiences, I have come to appreciate the time, effort, and dedication he has given to the people around him.

Mr. Rue has played an important role in my development, both as a baseball player and as a person. I am grateful for the time and energy he has devoted to helping me improve, and I will continue to carry the lessons he taught me throughout my life. My experiences with Mr. Rue have had a lasting impact on me, and they are a significant reason I wanted to share my perspective with the Court.

Thank you for taking the time to consider my perspective and for allowing me the opportunity to share my personal experiences with Mr. Rue.

Respectfully,

Tyler Woodring