IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARY ANDRE RUE,<br><br>*Defendant*. | Criminal No. 1:26-CR-107 |

**ORDER**

Upon Motion of the United States to Dismiss any remaining counts of the Indictment in the above-captioned case, it is hereby

ORDERED that any remaining counts of the original Indictment in the above-captioned case are dismissed.

Date: November 17, 2026
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge